IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/18

BERNARD LAM,

Plaintiff,

v.

ATLAS CAPTIAL GROUP, LLC, 23RD STREET OWNER, LLC, 2324 REALTY LLC, ACG PROPERTY MANAGEMENT LLC, THE DERMOT COMPANY, INC., THE DERMOT COMPANY, LP, HELMSLEYSPEAR, INC, JEFFREY A. GOLDBERGER, ANDREW B. COHEN, LATOYA WILLIAMS, JAIME ROMANO, JOEL ORNSTEIN, PETER ADAM ROSE D/B/A ROSE & ROSE, TODD ANDREW ROSE D/B/A ROSE & ROSE,

Defendants

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 17-CV-5838

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff(s) Bernard Lam and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant(s).

Date: May 21, 2018

SO ORDERED
Dated: 5/23/18
RICHARD J. SULLIVAN
U.S.D.J.

Bernard Lam
220 West 24th Street
New York, NY 10011